**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

**Civil Action No. 16-cv-01303-MSK-CBS**

**MATTHEW C. WITT,**

    **Plaintiff,**

v.

**CHARLES D. SNIDER, JR.;
NOEL WEST LANE, III;
DAMON M. SEMMENS; and
DAVID E. KEIL,**

    **Defendants.**

___

## OPINION AND ORDER SUBSTITUTING TRUSTEE AND DENYING MOTIONS
___

    **THIS MATTER** comes before the Court *sua sponte*

    Mr. Witt initially commenced this action, alleging various federal and state-law claims against the Defendants; the Defendants moved to dismiss Mr. Witt's claims and filed counter- and cross-claims, which prompted additional motions to dismiss.

    On March 9, 2017, Mr. Witt filed a Notice of Bankruptcy Filing (**# 103**), indicating that he had filed an individual Chapter 7 case in his own name in the U.S. Bankruptcy Court for the District of Colorado. Ms. Steinle has been named as the Trustee of Mr. Witt's estate.

    The filing of the bankruptcy case and appointment of Ms. Steinle terminates Mr. Witt's authority to pursue this case in his own name; the decision as to what claims (if any) to pursue now belongs to Ms. Steinle. Moreover, the filing of the bankruptcy case operates to automatically stay any counterclaims by the Defendants against Mr. Witt. For these reasons, the Court issues the following orders:

2

1. The caption of this case is **AMENDED** to substitute "JANICE A. STEINLE, as Trustee of the Bankruptcy Estate of Matthew C. Witt" as the named Plaintiff. All future filings in this case shall use this caption.

2. Within 28 days of the date of this Order, Ms. Steinle shall file an Amended Complaint that reflects the claims she intends to pursue on behalf of the estate, shall dismiss this suit, or shall take such other action as she deems appropriate with regard to this matter.

3. Because the instant motions are directed at pleadings that are likely to be altered by Ms. Steinle's decisions, all pending motions in this action **(# 30, 31, 32, 66, 90, 91, 92, 95, 104)** are **DENIED WITHOUT PREJUDICE**.

4. The Court will conduct a non-evidentiary law and motion hearing at **3:00 p.m.** on **Tuesday, May 23, 2017**, for the purpose of addressing how this case shall proceed in light of the claim(s), if any, Ms. Steinle chooses to pursue and the counterclaims, if any, the Defendants may assert.

Dated this 16th day of March, 2017.

**BY THE COURT:**

*/s/ Marcia S. Krieger*
_____

Marcia S. Krieger
Chief United States District Judge